AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 JUN -5 P 4:
CLERK OF COURT

| | |
|---|---|
| United States of America<br>v.<br>Tyshaun T. Smith (DOB: XX/XX/1994)<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. **20-M-308 (SCD)** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyshaun T. Smith (DOB: XX/XX/1994),

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

an attempted arson of property used in or affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i), and possession of a firearm, a destructive device, made in violation of the National Firearms Act (NFA), in violation of Title 26, United States Code, Sections 5861(c), 5845(a), and 5845(f).

Date: 6-4-2020

*Issuing officer's signature*

City and state: Milwaukee, Wisconsin

Stephen Dries, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/4/2020, and the person was arrested on *(date)* 6/5/2020
at *(city and state)* Franklin, WI.

Date: 6/5/2020

*Arresting officer's signature*

Luke Barker  Special Agent
*Printed name and title*