

## magnolia
MAGNOLIA REALTY, LLC

6737 North Teutonia Ave. Milwaukee, WI 53209

June 08, 2020

To whom it may concern,

Ty Shaun Smith hasn't been with us long but he's shown us that he has the ability to work hard and follow the order of our system here. This young man has spoke with me about growing within the company and I will allow him that opportunity.

Kittrell T Dabney

*Kittrell T Dabney*

Magnolia Supervisor

•6737 North Teutonia Avenue Milwaukee, WI 53209       • (Office) 414-760-8951 (Fax) 414-760-8953

