UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                                 Case No. 20-mj-308

TYSHAUN SMITH,

    *Defendant.*

## UNOPPOSED MOTION TO ALLOW TRAVEL

Tyshaun Smith, by counsel, moves this Court for an order allowing him to travel to the Northern District of Illinois between 7:00 a.m. and 6:00 p.m. on Tuesday, July 20, 2021, to attend a funeral. AUSA Philip Kovoor and USPO Hannah Graham have indicated that they do not object to this request.

Dated at Milwaukee, Wisconsin, this 16th day of July, 2021.

                                      Respectfully submitted,

                                      */s/ Craig W. Albee*
                                      Craig W. Albee, WI Bar #1015752
                                      Federal Defender Services
                                          of Wisconsin, Inc.
                                      517 E. Wisconsin Avenue – Room 182
                                      Milwaukee, WI 53202
                                      Tel. (414) 221-9900
                                      Email: craig_albee@fd.org

                                      *Counsel for Defendant, Tyshaun Smith*